IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:13-CV-00555 |
| v. ) | WILLIAM J. HAYNES |
| ) | Chief Judge, U.S. District Court |
| $33,572.00 UNITED STATES CURRENCY ) | |

## MOTION TO WITHDRAW FILINGS

**COMES** now the claimant, **PEDRO REYES-REYES,** through counsel Assistant Federal Public Defender, Isaiah S. Gant, and respectfully moves to withdraw the following filings:

1. Docket Entry 5, the Motion to Stay the Civil Forfeiture Proceeding; and
2. Docket Entry 7, the Reply regarding the above motion, including the proposed attached exhibit 1.

These documents were filed based on certain discrepancies in the "Notice of Judicial Forfeiture Proceedings" dates on the documents provided to (1) undersigned counsel, and (2) Mr. Reyes-Reyes personally. Mr. Reyes-Reyes has now separately filed his claim for the subject property. (D.E. 8, Verified Claim for Property.) Mr. Reyes-Reyes further intends to file a separate motion to stay the proceedings now that he is a claimant in this matter.

**WHEREFORE**, for the above and foregoing reason, Mr. Reyes-Reyes respectfully requests that the above-referenced filings be withdrawn.

*[Handwritten note: ORDER - This motion is GRANTED and the Defendant's motion (D/E No 5) is DENIED as moot. /s/ [signature] 8-8-13]*