UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL NO. 3:13-CV-00555 |
| v. | ) | |
| | ) | CHIEF JUDGE HAYNES |
| $33,572.00 UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' MOTION TO LIFT STAY
AND TO DISMISS CLAIMANT'S CLAIM**

*[handwritten annotation: Granted. For the reasons stated therein, these motions are approved. /s/ 3-17-14]*

COMES NOW the plaintiff, United States of America, by and through its attorneys, David Rivera, United States Attorney for the Middle District of Tennessee, and Debra Teufel Phillips, Assistant United States Attorney for said district, and moves this Court to lift the stay in this matter for the reason that the related criminal case of United States of America v. Pedro Reyes-Reyes at United States District Court Middle District of Tennessee Case Number 3:13CR00001 as the Court has accepted Claimant/Defendant Pedro Reyes-Reyes plea of guilty to the Indictment and the matter is now complete. (Exhibit 1: D.E. 36 Order Accepting Plea of Guilty and Plea Agreement, Middle District of Tennessee United States District Court Case Number 3:13-00001, 9).

Further, the United States of America moves to dismiss Claimant Pedro Reyes-Reyes Claim (D.E. 8) to the Defendant Property "$33,572.00" in this matter for the reason that he agreed in his Plea Agreement in the related criminal case that he "relinquishes all right, title, and interest he may have in this property and further agrees to entry of a Judgment against him, extinguishing any interest or claim he may have had in the property subject to forfeiture."