UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL NO. 3:13cv00555 |
| | ) CHIEF JUDGE HAYNES |
| **$33,572.00 UNITED STATES CURRENCY,** | ) |
| **Defendant.** | ) |

## ENTRY OF DEFAULT

It appearing that the Verified Complaint *In Rem* was filed in this case on June 7, 2013, that the Verified Complaint *In Rem*, and Summons and Warrant for Arrest *In Rem* were duly served upon the $33,572.00 ("Defendant Property") on July 31, 2013; that the Verified Complaint *In Rem* and Notice of Judicial Forfeiture Proceedings were duly served upon Pedro Reyes-Reyes, 12105 E. Whatley Road, Oakdale, Louisiana 71463 and upon his attorney, Isaiah S. Gant, at Office of the Public Defender, 810 Broadway, Suite 200, Nashville, TN 37203 on August 2, 2013, via regular and certified mail, return receipt; that Pedro Reyes-Reyes filed a Verified Claim on August 6, 2013, however the Court dismissed this Claim on March 18, 2014; that publication of the Notice of Judicial Forfeiture Proceedings was made online at www.forfeiture.gov, the official internet government forfeiture site, for 30 consecutive days beginning on June 26, 2013, and ending on July 25, 2013; and that no person or entity has made a Verified Claim to the Defendant Property or otherwise appeared in this action;

THEREFORE, upon motion of the Plaintiff, default is hereby entered as to the Defendant $33,572.00 United States currency as to Pedro Reyes-Reyes and all persons and entities who may have an interest in Defendant Property, as provided in Rule 55(a), Federal Rules of Civil Procedure.

Entered this 2nd day of April, 2014.

KEITH THROCKMORTON, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

By:_____
Deputy Clerk